IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL VENTURA DELGADO, | § | |
| TDCJ-CID NO.1185537, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION H-05-3851 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, this 21st day of September,  2006.


MELINDA HARMON
UNITED STATES DISTRICT JUDGE